IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EZEKIEL SIMMONS, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 11-5575 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| Respondents. | : |

FILED MAR 19 2012

FILED
MAR 19
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 16 day of March, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
Eduardo C. Robreno, J.

ENTERED
MAR 19 2012
CLERK OF COURT